UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| YVONDIA D. JOHNSON, § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> CHRISTINE WORMUTH, § <br> SECRETARY, DEPARTMENT OF § <br> THE ARMY, U.S. DEPARTMENT OF § <br> THE ARMY; § <br> § <br> **Defendant.** | CIVIL NO. A-21-CV-00831-ADA |

## JURY SELECTION ORDER

In accordance with the authority vested in the United States Magistrate Judge pursuant to 28 U.S.C. § 636, the instant action is hereby referred to United States Magistrate Susan Hightower for the purpose of jury selection on June 24, 2024. Upon selection of the jury, the undersigned retains full jurisdiction over all other matters.

**SIGNED** this 3rd day of June, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE