6/25/24
4:12 pm

## VERDICT FORM

### Jury Question No. 1:

Did Plaintiff Yvondia Johnson have a disability?

**FILED**
June 25, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Jennifer Clark_____
DEPUTY

Answer "Yes" or "No."

__NO__

*If you answered "YES," then proceed to Question No. 2.*

*If you answered "NO," then skip to Question No. 5.*

### Jury Question No. 2:

Was Plaintiff Yvondia Johnson a "qualified individual?"

Answer "Yes" or "No."

__Yes__ ms

*If you answered "YES," then proceed to Question No. 3.*

*If you answered "NO," then skip to Question No. 5.*

### Jury Question No. 3:

Did Defendant Christine Wormuth, Secretary of the Army, know that Plaintiff Yvondia Johnson had insulin-dependent diabetes, cancer treatment, back strain, arthroscopic removal of torn cartilage left knee, or hypertension?

Answer "Yes" or "No."

__No__ ms

11

*If you answered "YES," then proceed to Question No. 4.*

*If you answered "NO," then skip to Question No. 5.*

**Jury Question No. 4:**

Has Plaintiff Yvondia Johnson proved that Defendant Christine Wormuth, Secretary of the Army did not hire Plaintiff Yvondia Johnson because of her insulin-dependent diabetes, cancer treatment, back strain, arthroscopic removal of torn cartilage left knee, or hypertension?

Answer "Yes" or "No."



*If you answered "YES," then proceed to Question No. 5.*

*If you answered "NO," then skip to Question No. 5.*

**Jury Question No. 5:**

Did Plaintiff Yvondia Johnson have a record of disability?

Answer "Yes" or "No."



NO

*If you answered "YES," then proceed to Question No. 6.*

*If you answered "NO," then skip to Question No. 9.*

**Jury Question No. 6:**

12

Was Plaintiff Yvondia Johnson a "qualified individual?"

Answer "Yes" or "No."

_____

*If you answered "YES," then proceed to Question No. 7.*

*If you answered "NO," then skip to Question No. 9.*

**Jury Question No. 7:**

Did Defendant Christine Wormuth, Secretary of the Army, know that Plaintiff Yvondia Johnson had a record of insulin-dependent diabetes, cancer treatment, back strain, arthroscopic removal of torn cartilage left knee, or hypertension?

Answer "Yes" or "No."

_____

*If you answered "YES," then proceed to Question No. 8.*

*If you answered "NO," then skip to Question No. 9.*

**Jury Question No. 8:**

Has Plaintiff Yvondia Johnson proved that Defendant Christine Wormuth, Secretary of the Army did not hire Plaintiff Yvondia Johnson because of her having a record of insulin-dependent diabetes, cancer treatment, back strain, arthroscopic removal of torn cartilage left knee, or hypertension?

Answer "Yes" or "No."

_____

*If you answered "YES," then proceed to Question No. 9.*

*If you answered "NO," then skip to Question No. 9.*

## Jury Question No. 9:

Was Plaintiff Yvondia Johnson regarded as having a disability?

Answer "Yes" or "No."

NO

*If you answered "YES," then proceed to Question No.* ~~12~~ 10.

*If you answered "NO," then skip to Question No. 12.*

## Jury Question No. 10:

Was Plaintiff Yvondia Johnson a "qualified individual?"

Answer "Yes" or "No."

_____

*If you answered "YES," then proceed to Question No.* ~~12~~ 11

*If you answered "NO," then skip to Question No. 12.*

## Jury Question No. 11:

Has Plaintiff Yvondia Johnson proved that Defendant Christine Wormuth, Secretary of the Army did not hire Plaintiff Yvondia Johnson because of her being

14

regarded as having insulin-dependent diabetes, cancer treatment, back strain, arthroscopic removal of torn cartilage left knee, or hypertension?

Answer "Yes" or "No."

_____

*If you answered "YES," then proceed to Question No. 12.*

*If you answered "NO," then skip the remaining questions.*

**Jury Question No. 12:**

Has Defendant Christine Wormuth, Secretary of the Army, proved that it would have made the same decision to not hire Plaintiff Yvondia Johnson even if it had not considered her disability?

Answer "Yes" or "No."

MG ~~NO~~ YES

*If you answered "YES," then* Skip the remaining. ~~proceed to Question No. 13.~~

*If you answered "NO," then* proceed to Q13. ~~skip the remaining questions.~~

**Jury Question No. 13:**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Yvondia Johnson for the damages, if any, you have found Defendant Christine Wormuth, Secretary of the Army, caused Plaintiff Yvondia Johnson?

Answer in dollars and cents for the following items and none other:

   1. Back pay and benefits

15

$_____

2. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life

$_____

3. Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life

$_____

*Proceed to Question No. 14.*

## Jury Question No. 14:

Do you find that Plaintiff Yvondia Johnson failed to reduce her damages through the exercise of reasonable diligence in seeking, obtaining, and maintaining substantially equivalent employment after the date of her nonselection?

Answer "Yes" or "No."

_____

*If you answered "YES," then proceed to Question No. 15.*

*If you answered "NO," then skip the remaining questions.*

## Jury Question No. 15:

How much would Plaintiff Yvondia Johnson have earned had she exercised reasonable diligence under the circumstances to minimize her damages?

Answer in dollars and cents, if any.

$_____

THE JURY FOREPERSON MUST SIGN AND DATE THE CERTIFICATE ON THE LAST PAGE.

## CERTIFICATE

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

I certify that the jury unanimously concurs in every element of the above verdict.

25 JUN 2024
_____                             _____
Date                                                                 Jury Foreperson

18